

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2015

No. 04-15-00428-CR

Jessica Yvette **GARANZUAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 420081
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 4, 2015. On September 15, 2015, we granted appellant's motion for extension of time to file his brief and ordered appellant's brief to be filed by October 5, 2015. Appellant's brief has not been filed.

We ORDER appellant's attorney to file appellant's brief on or before **November 3, 2015**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court